UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 10, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOMYA MAURIYNE FUTCH,

    Defendant.

Case No. 2:24-cr-00267-TLN-3

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOMYA MAURIYNE FUTCH , Case No. 2:24-cr-00267-TLN-3 , Charge 18 U.S.C. § 371, from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ ____

    _x_ Unsecured Appearance Bond $ 25,000.00 cosigned by the defendant's mother, Antoinique Bryant, to be posted by 10/15/2024

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    _x_ (Other): Release delayed until 10/11/2024 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on October 10, 2024, at 2:50 PM.

*[signature]*

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE